UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  1:24-cr-00058-LEW |
| | ) | |
| CHASE KANE | ) | |

## DEFENDANT'S AMENDED SECOND UNOPPOSED MOTION TO REOPEN DETENTION HEARING

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Court to reopen his detention hearing and to order his release on a "bed to bed" basis to the Green Mountain Treatment Center[1] in Effingham, New Hampshire. Green Mountain is a treatment program of at least 3 months with 30-day blocks of in-patient rehab, partial hospitalization rehab, and intensive outpatient rehab ("IOP"). It focuses on both alcohol and drugs as well as mental health. Defendant will reside in Green Mountain facilities for each portion of the treatment and may remain in the final IOP phase for up to 60 days.

Counsel for Defendant shared information about this program with Defendant's pretrial services officer who believes that the program meets the needs that this Court addressed the last time Defendant appeared before it seeking his release.

The program is willing to transport Defendant to and from Somerset County Jail for participation.

---

[1] Defendant previously submitted his Second Unopposed Motion to Reopen Detention Hearing for his release to the Plymouth House based in Plymouth, New Hampshire. Counsel for Defendant and Defendant's family had been mistakenly informed that the Plymouth House was a program that would last 4 months when it in fact would only last 2 months. As such, Defendant now seeks release to the Green Mountain program.

In light of the Court's findings at the previous detention hearing, Defendant respectfully requests that this Court grant a bed-to-bed bail bond for his participation in treatment at the Green Mountain program and that his transportation be provided by the Green Mountain program.

Date: June 12, 2024

/s/Matthew D. Morgan
MATTHEW D. MORGAN
McKee Morgan, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294
*mmorgan@mckeemorgan.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  1:24-cr-00058-LEW |
| | ) | |
| CHASE KANE | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I electronically filed Defendant's Amended Second Unopposed Motion to Reopen Detention Hearing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Raphaelle Silver, AUSA, United States Attorney's Office.

Date:  June 12, 2024

/s/ Matthew D. Morgan
MATTHEW D. MORGAN
McKee Morgan, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294
*mmorgan@mckeemorgan.com*